**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Eric Gidney | : | Chapter 13 |
| | : | |
| Debtor | : | Bankruptcy No. 2:10-bk-18222 |

**NOTICE OF MOTION, RESPONSE DEADLINE**
**AND HEARING DATE**

ClearSpring Loan Services, Inc. ("the Movant"), by its attorney-in-fact, Brian J Dilks of Dilks & Knopik, LLC., has filed a Motion for Order Directing Payment of Funds In Court Registry with the court requesting that the court order that certain funds held in the court registry be paid to Movant attorney-in fact.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before July 27, 2017, you or your attorney must do all of the following:

   (a)   File an answer explaining your position at:

   Office of the Clerk of Court
   United States Bankruptcy Court
   900 Market Street, Suite 400
   Philadelphia, PA 19107

   If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

   (b)   Mail a copy to the Movant's attorney:

   Jason Brett Schwartz, Esquire
   Counsel for Movant
   1333 Race Street
   Philadelphia, PA 19107
   (267) 909-9036
   (215) 665-1393 (Fax)

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Magdeline D. Coleman

    on August 17, 2017 at 11:00 a.m. in Courtroom 2, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19106.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

DATE: July 13, 2017