United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Eric Gidney  
        Debtor

Case No. 10-18222-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: DonnaR     Page 1 of 1     Date Rcvd: Aug 18, 2017  
                   Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2017.  
db          +Eric Gidney,    51 Doe Run Lane,    Pottstown, PA 19464-2162

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2017                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2017 at the address(es) listed below:  
         ANDREW F GORNALL    on behalf of Creditor    BAC Home Loans Servicing, LP et. al  
          agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         ANN E. SWARTZ    on behalf of Creditor    BAC Home Loans Servicing, LP et. al ecfmail@mwc-law.com,    ecfmail@mwc-law.com  
         BRAD J. SADEK    on behalf of Debtor Eric  Gidney brad@sadeklaw.com  
         JASON BRETT SCHWARTZ    on behalf of Creditor    ClearSpring Loan Services, Inc.  
          jschwartz@mesterschwartz.com,   jottinger@mesterschwartz.com  
         JEROME B. BLANK    on behalf of Creditor    Green Tree Servicing LLC paeb@fedphe.com  
         LESLIE E. PUIDA    on behalf of Creditor    BAC Home Loans Servicing, LP et. al lpuidaesq@gmail.com  
         LINDA S. FOSSI    on behalf of Creditor    TD Auto Finance LLC jharriman@deilylawfirm.com,  
          rzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com  
         LINDA S. FOSSI    on behalf of Creditor    Chrysler Financial Services Americas LLC  
          jharriman@deilylawfirm.com,    rzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com  
         MARTIN A. MOONEY    on behalf of Creditor    TD Auto Finance LLC tshariff@schillerknapp.com,  
          ahight@schillerknapp.com  
         PAUL WILLIAM CRESSMAN    on behalf of Creditor    Green Tree Servicing LLC paeb@fedphe.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,  
          philaecf@gmail.com  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                              TOTAL: 13

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Eric Gidney | : Chapter 13 |
| | : |
| Debtor | : Bankruptcy No. 2:10-bk-18222 |

### ORDER

AND NOW, this 17th day of August, 2017, upon consideration of the Motion of ClearSpring Loan Services, Inc. ("the Movant") by its attorney-in-fact, Brian J Dilks of Dilks & Knopik, LLC., for Order Directing Payment of Funds In Court Registry, and the Movant having served the United States Attorney as required by 28 U.S.C. §2041 et seq. and the Office of the U.S. Trustee and the case Trustee, and no objection having been made, it is hereby ORDERED that:

1. The Motion is GRANTED.

2. Funds held in the registry of the court or paid in pursuant to 11 U.S.C. §347 for the benefit of the Movant in the amount of $7,526.12 shall be paid to Brian J Dilks and sent to Dilks & Knopik, LLC., 35308 SE Center Street, Snoqualmie, WA 98065.

_____
Magdeline D. Coleman
BANKRUPTCY JUDGE